In the Matter of JAMES CURRY, Appellant, v ANDREA EVANS, as Chair of the Division of Parole, et al., Respondents.

Decided April 30, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of SHAWN G. GRANGER, Respondent, v DANIELLE D. MISERCOLA, Appellant.

Submitted March 11, 2013; decided April 30, 2013

Motion to strike addendum to respondent's brief and references thereto in respondent's brief granted.

NELLA MANKO, Appellant, v BERNARD H. BROOME et al., Respondents.

Submitted March 4, 2013; decided April 30, 2013

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

NELLA MANKO, Appellant, v BERNARD H. BROOME et al., Defendants, and PROFESSIONAL EVALUATION GROUP, INC., Respondent.

Submitted March 4, 2013; decided April 30, 2013

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic. Cross motion to hold appellant in contempt denied.